Lawrence Coon, appellee, v. T. W. Doss, appellant. Gen. No. 8,892.

Heard in this court at the January term, 1935. Opinion filed April 12, 1935.

W. A. Doss, Carl I. Glasgow and B. E. Morgan, for appellant. Charles F. Evans and John R. Fitzgerald, for appellee.

Mr. Presiding Justice Fulton delivered the opinion of the court.

Ray Morgan and Blanche Morgan, appellees, v. Louis F. Brumer, appellant. Gen. No. 8,854.

Heard in this court at the October term, 1934. Opinion filed April 12, 1935.

Robert H. Allison, for appellant. Dunkelburg & Rust, for appellees. Mr. Justice Allaben delivered the opinion of the court.

Herbert Pleines, appellee, v. Carl J. Loeseke, executor of the last will and testament of Henry Pleines, deceased, appellant. Gen. No. 8,858.

Heard in this court at the January term, 1935. Opinion filed April 12, 1935. Rehearing denied July 8, 1935.

Costigan & Wollrab and Velde & Prettyman, for appellant. J. M. Powers and Ramon A. Powers, for appellee.

Mr. Justice Allaben delivered the opinion of the court.

First State Trust and Savings Bank of Springfield and Frank H. McKelvey, appellees, v. Henry J. Schaffer et al., defendants. Henry Fraase and Edward Fraase, appellants. Gen. No. 8,878.

Heard in this court at the January term, 1935. Opinion filed April 12, 1935.

Carey E. Barnes, for appellants. Brown, Hay & Stephens, for appellees; Logan Hay, Paul W. Gordon and Charles G. Briggle, Jr., of counsel.

Mr. Justice Allaben delivered the opinion of the court.

Mary Elizabeth Keys, appellee, v. Bert North, appellant. Gen. No. 8,891.

Heard in this court at the January term, 1935. Opinion filed April 12, 1935.

Trogdon & Dole and Cotton & Nichols, for appellant. J. L. Sullivan and Acton, Acton & Baldwin, for appellee; W. M. Acton, of counsel.

Mr. Justice Allaben delivered the opinion of the court.